IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT L. CARR AND THERESA A. CARR,<br><br>　　　Defendants and Judgment Debtors.<br>RABOBANK, N.A.,<br><br>　　　Garnishee. | CASE NO. 2:13-mc-00098-MCE-EFB<br><br>ORDER TERMINATING THE WRIT OF GARNISHMENT |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Garnishment (the Application), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Robert L. Carr and Theresa A. Carr is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby closed.

　　　IT IS SO ORDERED

Dated: April 4, 2019.

　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TERMINATING THE WRIT OF GARNISHMENT